# WRIT OF HABEAS CORPUS AD PROSEQUENDUM
# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | No. 3:05-CR-117 |
| ) | Judges Jarvis/Shirley |
| **ELOY LUGO** ) | |

### O R D E R

On the petition of the United States of America by Harry S. Mattice, Jr., United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Jailor of the Criminal Justice Center, Nashville, Tennessee, to bring Eloy Lugo (D.O.B. 06/28/1981), before this Court at Knoxville, Tennessee, on October 25, 2005, at 9:00 a.m., for Initial Appearance, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter be returned to said.

And it is further ordered that in the event the Jailor of said Criminal Justice Center, Nashville, Tennessee, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy

United States Marshal, is directed to receive said Eloy Lugo (D.O.B. 06/28/1981), into his custody and transport him to and from said, and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge